IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECRETARY OF LABOR MARTIN J. WALSH,** *UNITED STATES DEPARTMENT OF LABOR*,<br><br>      Plaintiff,<br><br>   v.<br><br>**INTRA-NATIONAL HOME CARE, LLC,** and **DILLI ADHIKARI,**<br><br>      Defendants. | 2:21cv1391<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 7th day of June, 2022, upon consideration of the Motion to Dismiss (**ECF No. 17**) filed on behalf of Defendants, Plaintiff's response thereto, and briefs filed in support thereof,

IT IS HEREBY ORDERED that at this stage of the litigation the motion is **DENIED**, without prejudice to raise similar issues in motions for summary judgment

S/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:   Ethan Dennis, Esquire
      George C. Thompson, Esquire
      Andrew J. Horowitz, Esquire

(*Via CM/ECF Electronic Mail*)