IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRA-NATIONAL HOME CARE, LLC, AND<br>DILLI ADHIKARI<br><br>    Defendants. | Civil Action No. 2:21-cv-1391 |

**SECRETARY'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM**

Plaintiff, the Secretary of Labor, U.S. Department of Labor, though his undersigned attorneys, files this motion to dismiss Defendants' Counterclaim for the reasons set forth in the accompanying memorandum.

WHEREFORE, the Secretary respectfully requests that this Motion be Granted.

Respectfully submitted,

| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
|---|---|
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103<br><br>(215) 861-5128 (voice)<br>(215) 861-5162 (fax)<br><br>Luby.Andrea@dol.gov | Seema Nanda<br>Solicitor of Labor<br><br>Oscar L. Hampton III<br>Regional Solicitor<br><br>*/s/ Andrea Luby*<br>By: Andrea Luby<br>PA ID # 321609 |

| | |
|---|---|
| Date: August 30, 2022September 1, 2022 | Brian M. Boynton<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>Brad P. Rosenberg<br>Assistant Director<br>Federal Programs Branch<br><br>Zachary A. Avallone<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC  20005<br>Phone:  (202) 514-2705<br>Fax:  (202) 616-8470<br>Email:  zachary.a.avallone@usdoj.gov<br><br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that on September 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to this document to the following attorneys of record:

Bruce C. Fox
bruce.fox@obermayer.com

George Thompson
george.thompson@obermayer.com

*/s/ Andrea Luby*
By: Andrea Luby