IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECRETARY OF LABOR JULIE A. SU**, *UNITED STATES DEPARTMENT OF LABOR*, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 2:21cv1391<br>**Electronic Filing** |
| **INTRA-NATIONAL HOME CARE, LLC,** and **DILLI ADHIKARI,** ) ) ) ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 1st day of July, 2024, the parties having filed cross motions for summary judgment and submitted extensive briefing in support thereof, the Supreme Court having rendered its decision in <u>Loper Bright Enterprises v. Raimondo</u>, -- U.S. --, (2024), overruling the <u>Chevron</u> doctrine with limitations, and this court finding that judicial efficiency will be best achieved by the re-briefing of the motions with the benefit of the rulings of <u>Loper Bright Enterprises</u> and any immediate applications thereof by other courts, IT IS ORDERED that [119], [129] the motions for summary judgment be, and the same hereby are, denied without prejudice to refile on or after September 6, 2024.  The limitations on briefing previously established by [114] the Order of October 12, 2024, remain applicable to the parties' subsequent briefs; and

IT FURTHER IS ORDERED that [146] defendants' motion for oral argument is denied without prejudice to renew, if appropriate, following the re-briefing ordered above.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Andrea Christensen Luby, Esquire
Ethan Dennis, Esquire
Matthew Helman, Esquire
Zach A. Avallone, Esquire
Bruce C. Fox, Esquire
Andrew J. Horowitz, Esquire
George C. Thompson, Esquire
Hugh McKeegan, Esquire

(*Via CM/ECF Electronic Mail*)