IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRA-NATIONAL HOME CARE, LLC, AND<br>DILLI ADHIKARI,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:21-cv-1391-DSC<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADDITIONAL PAGES FOR SUMMARY JUDGMENT BRIEFS**

On October 12, 2023, this Court granted extended the page limit for motions from summary judgment from 25 to 30 pages. ECF 114. On October 16, 2023 and October 19, 2023, the parties filed cross-motions for summary judgment and partial summary judgment. ECF 119 and 129. On July 1, 2024, this Court issued an Order denying without prejudice the parties' cross-motions for summary judgment in light of the U.S. Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 143 S.Ct. 2635 (2024). In the interest of judicial efficiency, the Court authorized the parties to re-file their motions "on or after September 6, 2024" to address *Loper Bright* and "any immediate applications thereof by other courts." ECF 150. At the parties' request, the Court extended the due date for summary judgment motions to November 18, 2024. ECF 153.

To address the issues raised in *Loper Bright* and its applications by other courts, Plaintiff asks the Court extend the page limit for memoranda in support of summary judgment to 35-

pages. Plaintiff has repeatedly asked Defendants' counsel for his position regarding this motion but received no response.

WHEREFORE, Plaintiff respectfully request that this Motion be GRANTED.

Respectfully submitted,

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968
O:  215-861-5128
luby.andrea@dol.gov

**UNITED STATES DEPARTMENT OF LABOR**

Seema Nanda
Solicitor of Labor

Samantha N. Thomas
Regional Solicitor

Adam Welsh
Wage and Hour Counsel

*/s/ Andrea Luby*
Andrea Luby
Senior Trial Attorney
PA Bar No. 321609

## CERTIFICATE OF SERVICE

I hereby certify that on this October 18, 2024, the foregoing was filed with the Court's CM/ECF system and served on all counsel of record.

*/s/ Andrea Luby*
Andrea Luby