IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>INTRA-NATIONAL HOME CARE, LLC, AND<br>DILLI ADHIKARI,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:21-cv-1391-DSC<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER OF COURT**

AND NOW, on this ____ day of _____, 2024, upon consideration of the Plaintiff's parties' Motion for Additional Pages for Summary Judgment Briefs, it is hereby ORDERED that said Motion is GRANTED.  The parties may file 35-page memoranda in support of their motions for summary judgment that are due on November 18, 2024.

　　　It is SO ORDERED.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Judge David S. Cercone
　　　　　　　　　　　　　　　　　　　Senior United States District Judge