# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>   Plaintiff,<br><br>   v.<br><br>INTRA-NATIONAL HOME CARE, LLC, AND<br>DILLI ADHIKARI,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:21-cv-1391-DSC<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

AND NOW, on this 18th day of October, 2024, upon consideration of the Plaintiff's parties' Motion for Additional Pages for Summary Judgment Briefs, it is hereby ORDERED that said Motion is GRANTED. The parties may file 35-page memoranda in support of their motions for summary judgment that are due on November 18, 2024.

It is SO ORDERED.

BY THE COURT:

  s/David Stewart Cercone  
Hon. Judge David S. Cercone
Senior United States District Judge