IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECRETARY OF LABOR JULIE A SU,** )<br>*UNITED STATES DEPARTMENT OF* )<br>*LABOR*, )<br>) <br>          Plaintiff,          )<br>)<br>          v.          )<br>)<br>**INTRA-NATIONAL HOME CARE,** )<br>**LLC,**  and **DILLI ADHIKARI,** )<br>)<br>          Defendants.          ) | 2:21cv1391<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 3rd day of December, 2024, upon due consideration of defendants' motion to stay pending resolution of the show cause order or to transfer and the Secretary's opposition thereto, IT IS ORDERED that [161] the motion be, and the same hereby is, granted in part and denied in part. The motion is granted as follows: this action is stayed until Judge Hardy renders a decision on the show cause order issued on October 29, 2024, at docket number 81 in Intra-National Home Care et al. v. United States Dept. of Labor, et al., 2:20cv1545. The motion is denied in all other aspects.

Notwithstanding the Secretary's contentions that a stay could become indefinite and will result in unnecessary delay and resulting prejudice to the workers seeking to be made whole through this enforcement action, the court is satisfied that the interests of judicial economy in this case will be served by staying further proceedings until Judge Hardy makes a decision on the show cause order and decides whether he will dismiss the case pending before him. Briefing on that show cause order is set to be completed by January 21, 2025, and it is anticipated that his

decision as to whether to dismiss that case will be resolved without significant delay. Counsel shall promptly advise this court of Judge Hardy's ruling on the show cause order.

                                                                                        s/David Stewart Cercone
                                                                                        David Stewart Cercone
                                                                                        Senior United States District Judge

cc:    Andrea C. Luby, Esquire
        Ethan Dennis, Esquire
        Clayton Louis Bailey, Esquire
        Matthew Helman, Esquire
        Bruce C. Fox, Esquire
        James Conde, Esquire
        Jonathan Berry, Esquire
        Michael B. Buschbacher, Esquire
        Andrew J. Horowitz, Esquire
        Daniel McArdle Booker, Esquire

        (*Via CM/ECF Electronic Mail*)