IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRA-NATIONAL HOME CARE, LLC, AND<br>DILLI ADHIKARI,<br><br>    Defendants. | Civil Action No. 2:21-cv-1391 |

**MOTION TO WITHDRAW APPEARNCE OF ETHAN DENNIS**

Plaintiff Julie A. Su, Acting Secretary of Labor, respectfully withdraws the appearance of Ethan Dennis in this matter. Mr. Dennis is no longer employed by the U.S. Department of Labor. The Acting Secretary is still represented by the attorneys identified below.

Respectfully submitted,

| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
|---|---|
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103<br>(215) 861-5128 (voice)<br>(215) 861-5162 (fax)<br><br>luby.andrea@dol.gov<br><br>December 3, 2024 | Seema Nanda<br>Solicitor of Labor<br><br>Samantha N. Thomas<br>Regional Solicitor<br><br>*/s/ Andrea Luby*<br>By: Andrea Luby<br>PA ID # 321609<br><br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that on the date above, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to all counsel of record.

*/s/ Andrea Luby*