IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRA-NATIONAL HOME CARE, LLC, AND<br>DILLI ADHIKARI,<br><br>    Defendants. | Civil Action No. 2:21-cv-1391-DSC |

## **ORDER OF COURT**

For good cause shown, Plaintiff's Motion to Withdraw Appearance of Ethan Dennis is hereby GRANTED.

BY THE COURT:

_____
Hon. Judge David S. Cercone
Senior United States District Judge