**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VINCENT N. MICONE, III, Acting Secretary of Labor,<br><br>     Plaintiff,<br><br>        v.<br><br>INTRA-NATIONAL HOME CARE, LLC, *et al.*,<br><br>     Defendants. | No. 2:21-cv-01391-DSC |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE* OF CYNTHIA LIAO**

Before the Court is the Motion for Admission *Pro Hac Vice* for Cynthia Liao. The Court

hereby GRANTS the Motion.

     **SO ORDERED.**


Dated: _____

                                        _____
                                        DAVID S. CERCONE
                                        United States District Judge