## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LORI CHAVEZ-DEREMER,

     *Plaintiff*,

    v.

INTRA-NATIONAL HOME CARE,
LLC; DILLI ADHIKARI,

     *Defendants.*

No. 2:21-cv-01391-DSC

### MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL

Pursuant to Local Rule 83.2(C), Jonathan Berry hereby respectfully requests that he be withdrawn as counsel for Defendants Intra-National Home Care, LLC, Dilli Adhikari, because he will be leaving his employment with Boyden Gray PLLC. Defendants will continue to be represented by Michael Buschbacher and James Conde of Boyden Gray PLLC, who have each entered an appearance in this case

Dated: October 22, 2025

Respectfully submitted,

*/s/ Jonathan Berry*
Jonathan Berry (*pro hac vice*)
  (DC Bar No. 1016352)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202-955-0618
jberry@boydengray.com

*Counsel for Defendants Intra-National
Home Care, LLC, and Dilli Adhikari*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 22, 2025, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

*/s/ Jonathan Berry*
Jonathan Berry
