IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER, *Plaintiff*, v. INTRA-NATIONAL HOME CARE, LLC; DILLI ADHIKARI, *Defendants*. | No. 2:21-cv-01391-DSC |

### [PROPOSED] ORDER

The Court hereby **GRANTS** the Motion to Withdraw as Counsel filed by Jonathan Berry in the above-captioned matter. Mr. Berry is hereby terminated as counsel for Plaintiffs.

**SO ORDERED.**

Dated: October __, 2025

_____
Hon. David S. Cercone
United States District Judge

1