# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER, *Plaintiff,* v. INTRA-NATIONAL HOME CARE, LLC; DILLI ADHIKARI, *Defendants.* | No. 2:21-cv-01391-DSC |

## ORDER

The Court hereby **GRANTS** the Motion to Withdraw as Counsel filed by Jonathan Berry in the above-captioned matter. Mr. Berry is hereby terminated as counsel for Plaintiffs.

**SO ORDERED.**

Dated: October 23, 2025

                                                                                   s/David Stewart Cercone
                                                                                   Hon. David Stewart Cercone
                                                                                   Senior United States District Judge